FILED

01/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0369

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0369

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

MALCOLM JOSEPH NEWROBE, SR.,

      Defendant and Appellant.

---

## GRANT

---

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 24, 2021, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 12 2021